Merle N. Schneidewind
California State Bar No. 58242
555 Saturn Blvd Suite B504
San Diego FCA 92154
Telephone:   (619) 575-2120
Fax:              (619) 575-2170
email:         atymerle@pacbell.net

Attorney for:  Jose Apodaca-Vasquez

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>v.<br><br>JOSE APODACA-VASQUEZ<br>         Defendant | Case No.: 08MJ2469-2<br><br>**NOTICE OF APPEARANCE** |

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Merle N. Schneidewind files this Notice of Appearance as Counsel in the above-captioned case.

                                                      Respectfully Submitted;


Dated: Aug. 18, 2008                 /s/ Merle N. Schneidewind
                                                     Merle N. Schneidewind
                                                     Attorney for Defendant
                                                     Jose Apodaca-Vasquez

**CERTIFICATE OF SERVICE**

1
2    Counsel for Defendant certifies that the foregoing is true and accurate to the
3 best information and belief, and that a copy of the foregoing document has been
4 caused to be delivered this day upon:
5
6    Copy to Assistant U.S. Attorney via ECF NEF
7
8 Dated:  Aug. 18, 2008              /s/   Merle N. Schneidewind
9                                   Merle N. Schneidewind
                                    Bar #58242
10                                  Attorney at Law
                                    555 Saturn Blvd, Ste B504
11                                  San Diego CA 92154
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28